**Phillip Scott OSBORNE,**
**Plaintiff–Appellant,**

v.

**Rodney E. SLATER, Honorable, Secretary of Transportation; United States Department of Transportation, Defendants–Appellees.**

No. 02–1316.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Phillip Scott Osborne, Appellant Pro Se. Terri Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Phillip Scott Osborne appeals the district court's order granting the Defendants' motion for summary judgment in his employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Osborne v. Slater,* No. CA–00–2604–6 (D.S.C. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*